

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARC BEAUMONT
    Plaintiff,

Case No. 6:11-cv-1865-Orl-19KRS

v.

THE BANK OF NEW YORK MELLON, AS
SUCCESSOR TRUSTEE UNDER NOVASTAR
MORTGAGE FUNDING TRUST 2005-3;
NOVASTAR MORTGAGE INC.; REGINA ALEXANDER; SAXON
MORTGAGE SERVICES, INC.; MOSKOWITZ,
MANDELL, SALIM & SIMOWITZ P.A.; SCOTT
E. SIMOWITZ; JOSHUA C. KLIGLER; GABRIEL
D. PINILLA; ARTHUR E. LEWIS; and TODD A.
ARMBRUSTER
    Defendants.

---

**Notice Of Pendency Of Other Actions**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_ IS    related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_X_ IS NOT   related to any pending or closed civil or criminal case filed with this court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party on attached service list.

Dated: December 6, 2011                        By: _____
                                                                        Marc Beaumont
                                                                        1122 Meditation Loop
                                                                        Port Orange, Florida [32129]
                                                                        386-760-5905
                                                                        386-846-0249 Cell
                                                                        mbpromo6@hotmail.com

## SERVICE LIST

Case No. 6:11-cv-01865-PCF-KRS

BANK OF NEW YORK MELLON
101 Barclay Street
New York, New York 10286

MOSKOWITZ, MANDELL, SALIM & SIMOWITZ P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

SCOTT E. SIMOWITZ
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

JOSHUA C. KLIGLER
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

GABRIEL D. PINILLA
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

ARTHUR E. LEWIS
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

TODD A. ARMBRUSTER
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

SAXON MORTGAGE SERVICES INC.
4708 Mercantile Drive North
Fort Worth, Texas 76137

REGINA ALEXANDER
4708 Mercantile Drive North
Fort Worth, Texas 76137

NOVASTAR MORTGAGE INC.
8140 Ward Parkway, Suite 200
Kansas City, Missouri 64114