**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**


FILED
2011 DEC -8 PM 12: 31

MARC BEAUMONT
    Plaintiff,

Case No. 6:11-cv-1865-Orl-19KRS

v.

THE BANK OF NEW YORK MELLON, AS
SUCCESSOR TRUSTEE UNDER NOVASTAR
MORTGAGE FUNDING TRUST 2005-3;
NOVASTAR MORTGAGE INC.; REGINA ALEXANDER; SAXON
MORTGAGE SERVICES, INC.; MOSKOWITZ,
MANDELL, SALIM & SIMOWITZ P.A.; SCOTT
E. SIMOWITZ; JOSHUA C. KLIGLER; GABRIEL
D. PINILLA; ARTHUR E. LEWIS; and TODD A.
ARMBRUSTER
    Defendants.

---

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: [insert list]

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: [insert list]

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): [insert list]

4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution:

5.) Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District judge and magistrate judge assigned to this case and will immediately. notify the court in writing upon learning of any such conflict.

-or-

____ b. I certify that I am aware of a conflict or basis of recusal of the district judge or magistrate as follows: [explain]

I further certify that I will serve a copy of this Interested Persons And Corporate Disclosure Statement upon each party on attached service list.

Dated: _December 6, 2011_

By: _/s/ Marc Beaumont_
Marc Beaumont
1122 Meditation Loop
Port Orange, Florida [32129]
386-760-5905
386-846-0249 Cell
mbpromo6@hotmail.com

## SERVICE LIST

Case No. 6:11-cv-01865-PCF-KRS

BANK OF NEW YORK MELLON
101 Barclay Street
New York, New York 10286

MOSKOWITZ, MANDELL, SALIM & SIMOWITZ P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

SCOTT E. SIMOWITZ
*800 Corporate Drive, Suite 500*
Fort Lauderdale, Florida 33334

JOSHUA C. KLIGLER
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

GABRIEL D. PINILLA
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

ARTHUR E. LEWIS
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

TODD A. ARMBRUSTER
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334

SAXON MORTGAGE SERVICES INC.
4708 Mercantile Drive North
Fort Worth, Texas 76137

REGINA ALEXANDER
4708 Mercantile Drive North
Fort Worth, Texas 76137

NOVASTAR MORTGAGE INC.
8140 Ward Parkway, Suite 200
Kansas City, Missouri 64114