UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC BEAUMONT,

          Plaintiff,

-vs-                                    Case No.  6:11-cv-1865-Orl-19KRS

THE BANK OF NEW YORK MELLON, et al.,

          Defendants.
_____

## ORDER

The Pro Se Plaintiff Marc Beaumont has submitted an incomplete and deficient Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 7, filed Dec. 8, 2011).  Within **ten (10) days** from the date of this Order, the Pro Se Plaintiff Marc Beaumont shall file a corrected Certificate of Interested Persons and Corporate Disclosure Statement, which will included responses to Questions One through Four.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 13__, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record