# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARC BEAUMONT | 6:11-cv-1865-ORL-19-KRS |
| DEFENDANT | TYPE OF PROCESS |
| THE BANK OF NEW YORK MELLON, etc | Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NOVASTAR MORTGAGE INC.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8140 WARD PARKWAY, Suite 200, KANSAS City MISSOURI 64114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARC BEAUMONT
1122 MEDITATION LOOP
PORT ORANGE, FLORIDA [32129]

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Registered Agent: Secretary of State
600 WEST MAIN
Jefferson City, Missouri 65101   TEL:(573) 751-4936

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
By: Marc Beaumont
TELEPHONE NUMBER: 386-760-5905
DATE: 12/12/2011

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | A18 | D45 | ★ | 12/15/11 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Angela Brunk
☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
2114 Central St
Suite 600
KCMO 64108

Date of Service: 12-27-11
Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.00 | 9.2 .51=4.69 | $8.00 | 67.69 | -0- | $67.69 | |

REMARKS:
① FWD to W/MO - Kansas City (D45) on 12/15/2011

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)